# Exhibit 1



**Maersk Line, Limited**
2510 Walmer Ave, Suite C
Norfolk, VA 23513

Phone: 757-531-7837
Phone: 757-663-9929
Fax:    757-622-2512

maersklinelimited.com

May 15, 2019

FOIA Officer
Office of General Counsel
Office of Inspector Counsel
U.S. Department of State
1700 North Moore Street
Suite 1400
Arlington, VA  22209

**BY EMAIL AND MAIL**

Re: Request for Records Under the Freedom of Information Act

To Whom It May Concern:

This is a request for information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

On January 29, 2019, Maersk Line Limited (MLL) sent a FOIA request to the U.S. General Services Administration (see attached).  In the response, GSA responded [in relevant part]:

*"GSA does not have visibility into the bills of ladings executed by other agencies that use the Centralized Household Goods Traffic Management program pertaining to this request. Other agencies, as defined at 46CFR 381.2, have responsibility to submit plans to manage approvals to Department of Transportation's [sic] Maritime Administration (MARAD) or to seek MARAD approval to use foreign flag vessels when US flag vessel transport is unavailable or impractical."*

Consistent with GSA's response, I request the following records in the custody, possession or control of the agency pertaining to orders by the agency under the U.S. General Services Administration, Household Goods Tender of Service (GSA HTOS), to include all editions active from January 25, 2013 until the current date (with the current GSA HTOS published on August 23, 2018 and effective as of November 1, 2018):

1. All requests for a foreign flag waivers pursuant to the GSA HTOS Program (to include a copy of each submitted "Justification Certificate for Use of Foreign Flag Vessel" (whether such foreign flag vessel was authorized or not));

2. To the extent available in agency records, the following information regarding the orders by the agency under the GSA HTOS Program:



      a) Total shipments by region under this program;
      b) Total shipments by year under this program, and
      c) Identification of the agency's Records Custodian(s) (to include title, contact information and location) for this program.

    I request that you produce responsive documents in their entirety.  In the event that you determine that a document contains material or information that falls within a statutory exemption to mandatory disclosure, please review such material or information for possible discretionary disclosure.  Similarly, in the event that you determine that a document contains material or information that falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of such documents in accordance with the provisions of 5 U.S.C. § 552(b).

    If you determine that any documents responsive to this request (or any portion thereof) will be withheld under a claim of authority pursuant to 5 U.S.C. § 552(b), please provide prompt written confirmation of such fact.  In the event your agency determines that it has no documents responsive to this request (or any portion thereof), please provide prompt written confirmation of that fact.

    With regard to documents your agency intends to withhold, please provide prompt notice to that effect, and include in such notice a complete identification of the withheld documents (or portions thereof) by title, author, date, nature of such material and a through explanation of the legal and factual basis for the determination to deny disclosure.  Finally, in responding to this letter, please adhere to the time limitations set forth at 5 U.S.C. § 552(a)(6)(A).

    In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and am seeking information for use in the company's business.  I agree to pay the reasonable and direct costs of locating and reproducing the requested documents to the extent required by 5 U.S.C. § 552(a)(4)(A).  Please advise me in advance if you expect such costs to exceed $1,000.00.

    Should you have any questions concerning this request or require additional information, please contact my assistant Kristen Barton at (757) 852-2206 or kbarton@mllnet.com.

Sincerely,

Patrick McCaffery
General Counsel
Maersk Line, Limited

Attachments: As stated



Office of Administrative Services
FOIA Requester Service Center

April 23, 2019

Ms. Kristen Barton
Maersk Line, Limited
2510 Walmer Avenue, Suite C
Norfolk, VA 23513

Dear Ms. Barton:

This letter is in response to your U.S. General Services Administration (GSA) Freedom of Information Act (FOIA) request number (GSA-2019-000676), submitted on January 29, 2019, in which you requested the following:

> "I request the following records...pertaining to The U.S. General Services Administration, Household Goods Tender of Service (GSA HTOS), to include editions active from January 25, 2013 until the current date ( with the current GSA HTOS published on August 23, 2018 and effective as of November 1, 2018):
>
> 1. All requests for a foreign flag waivers pursuant to the General Services Administration Centralized Household Goods Traffic Management Program (to include copy of each submitted "Justification Certificate for Use of Foreign Flag Vessel" (whether such foreign flag vessel was authorized or not));
>
> 2. To the extent available in agency records, the following information regarding the General Services Administration Centralized Household Goods Traffic Management Program:
>
>    a. Total shipments by region under the program;
>    b. Total shipments by year under this program, and
>    c. Identification of all U.S. Government agencies and offices utilizing this program."

In response to item number one, please be advised that after searching our records, GSA does not have records responsive to your request. GSA did not require any requests for foreign flag waivers from 2013 through 2018. GSA had 23 employees who

U.S General Services Administration
1800 F. Street, NW, Room: 7308
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

2

relocated to/from foreign or OCONUS locations since the beginning of 2013, all shipments were transported using U. S. Flag Carriers. GSA does not have visibility into the bills of ladings executed by other agencies that use the Centralized Household Goods Traffic Management program pertaining to this request. Other agencies, as defined at 46CFR 381.2, have responsibility to submit plans to manage approvals to Department of Transporttaion's Maritime Administration (MARAD) or to seek MARAD approval to use foreign flag vessels when US flag vessel transport is unavailable or impractical.

In response to item number two, enclosed please find the documents responsive to your request. The Excel file includes by year; total shipments by region through the GSA HTOS program, total shipments and all U.S. Government agencies and offices that used the program.

Please note that GSA is not denying any part of your request. However, GSA does not have any responsive documents to the portions of your request as noted above. You have the right to appeal the adequacy of our search for responsive documents. To do so, you may administratively submit your appeal online via https://foiaonline.regulations.gov/foia/action/publichome or by writing to U.S. General Services Administration at the address shown below. Your appeal must be postmarked or electronically transmitted within 120 days of the date of the response to your request.

U.S. General Services Administration
FOIA Requester Service Center (H1F)
1800 F St. NW, Room 7308
Washington, DC 20405

Your appeal must be in writing and should contain a brief statement of the reasons why the withheld information should be released. Enclose a copy of your initial request and this partial denial. Both the appeal letter and envelope should be marked prominently, "Freedom of Information Act Appeal."

This completes our action on this FOIA request. Should you have any questions, please contact Ms. Julie Blanford at (703) 605-9551 or by email at Julie.blanford@gsa.gov. If you need additional assistance, you may also contact Ms. Audrey Brooks, GSA's FOIA Public Liaison at (202) 205-5912 or via email at audrey.brooks@gsa.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601

3

Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

*Travis S. Lewis*

Deputy Director
Office of Accountability and Transparency
Office of Administrative Services

Enclosure


**MAERSK LINE, LIMITED**

Maersk Line, Limited
2510 Walmer Ave, Suite C
Norfolk, VA 23513

Phone: 757-531-7837
Phone: 757-663-9929
Fax:   757-622-2512

maersklinelimited.com

January 29, 2019

U.S. General Services Administration
FOIA Requester Service Center (H1F)
1800 F Street, NW, 7308
Washington, DC 20405-0001

Re: Request for Records Under the Freedom of Information Act

To Whom It May Concern:

This is a request for information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the implementing regulations of the General Services Administration, Section 105-60.000 of Title 41, Code of Federal Regulations.

I request the following records in the custody of the General Services Administration (GSA) pertaining to The U.S. General Services Administration, Household Goods Tender of Service (GSA HTOS), to include all editions active from January 25, 2013 until the current date (with the current GSA HTOS published on August 23, 2018 and effective as of November 1, 2018):

1. All requests for a foreign flag waivers pursuant to the General Services Administration Centralized Household Goods Traffic Management Program (to include a copy of each submitted "Justification Certificate for Use of Foreign Flag Vessel" (whether such foreign flag vessel was authorized or not));

Page 1 of 3


**MAERSK LINE, LIMITED**

2. To the extent available in agency records, the following information regarding the General Services Administration Centralized Household Goods Traffic Management Program:

   a) Total shipments by region under this program;
   b) Total shipments by year under this program, and
   c) Identification of all U.S. Government agencies and offices utilizing this program.

I request that you produce responsive documents in their entirety. In the event that you determine that a document contains material or information that falls within a statutory exemption to mandatory disclosure, please review such material or information for possible discretionary disclosure. Similarly, in the event that you determine that a document contains material or information that falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of such documents in accordance with the provisions of 5 U.S.C. § 552(b).

If you determine that any documents responsive to this request (or any portion thereof) will be withheld under a claim of authority pursuant to 5 U.S.C. § 552(b), please provide prompt written confirmation of such fact. In the event your agency determines that it has no documents responsive to this request (or any portion thereof), please provide prompt written confirmation of that fact.

With regard to documents your agency intends to withhold, please provide prompt notice to that effect, and include in such notice a complete identification of the withheld documents (or portions thereof) by title, author, date, nature of such material and a through explanation of the legal and factual basis for the determination to deny disclosure. Finally, in responding to this letter, please adhere to the time limitations set forth at 5 U.S.C. § 552(a)(6)(A).


**MAERSK LINE, LIMITED**

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and am seeking information for use in the company's business. I agree to pay the reasonable and direct costs of locating and reproducing the requested documents to the extent required by 5 U.S.C. § 552(a)(4)(A). Please advise me in advance if you expect such costs to exceed $1,000.00.

Should you have any questions concerning this request or require additional information, please contact my assistant Kristen Barton at (757) 852-2206 or kbarton@mllnet.com.

Sincerely,

Patrick McCaffery
General Counsel
Maersk Line, Limited