UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAERSK LINE, LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute Order dated February 23, 2021.

**Plaintiff's FOIA Request**

Plaintiff's Freedom of Information Act ("FOIA") dated May 15, 2019, requested the following records in the custody, possession, or control of the U.S. Department of State ("Agency"):

> Records . . . pertaining to orders by the [A]gency under the U.S. General Services Administration, Household Goods Tender of Service ('GSA HTOS'), to include all editions active from January 25, 2013 until the current date (with the current GSA HTOS published on August 23, 2018 and effective as of November 1, 2018):
>
> a. All requests for a foreign flag waivers pursuant to the GSA HTOS Program (to include a copy of each submitted "Justification Certificate for Use of Foreign Flag Vessel" (whether such foreign flag vessel was authorized or not)) ["Part 1"];
>
> b. To the extent available in [A]gency records, the following information regarding the orders by the [A]gency under the GSA HTOS Program: Total shipments by region under this program; Total shipments by year under this program, and Identification of the agency's Records Custodian(s) (to include title, contact information and location) for this program ["Part 2"].

Compl. ¶ 2.

**Matters Discussed by the Parties Under the Court's Minute Order**

A.   **Status of Plaintiff's FOIA Request**

The parties have conferred about the scope of the two-part request, the status of the Agency's searches and processing, and a processing schedule, and report as follows:

1.   Part 1: Foreign Flag Waivers

Defendant provides the following summary of the status of its record processing for records responsive to Part 1 of the Request for foreign flag waivers made pursuant to the GSA HTOS program.  The Agency's Office of Logistics Management ("A/LM") provides global logistics support for U.S. Government agencies involved in foreign affairs and operations and which is responsible for handling HTOS-related issues for the Department.  A/LM has conducted a preliminary search in response to Plaintiff's request for foreign flag waivers and has located many thousands of pages of potentially responsive records.  Plaintiff's original request sought records from 2013 through mid-2019 (i.e., through the date of the request).

Defendant has proposed that the temporal scope of Part 1 of the Request be limited to January 1, 2018, through May 15, 2019.  Although Plaintiff is not prepared to accept Defendant's narrowing proposal at this time, the parties agree that during the initial processing phase over the next sixty days the Agency may limit the scope of the request and confine its processing to the more limited time period Defendant has proposed.

Defendant is aiming to complete an initial production by April 20, 2021.  Although the Agency will make reasonable efforts to meet that first production deadline, responsive records may require consultation with other federal agencies or third parties outside the federal government whose response times are outside of the Agency's control.  This may delay the date of the initial production past April 20, 2021.

After the Agency completes its first production that is scheduled for April 20, 2021, or in any event before the next scheduled filing deadline, the parties will confer again on the scope of the request and a schedule for completion of a search or of any further processing of any outstanding records (to include, but not necessarily limited to, records responsive to the time period in the original request).

      2.    <u>Part 2:  Certain Information Regarding the Agency's Orders under the GSA HTOS Program</u>

The Agency has not yet implemented a search for records responsive to Part 2 of the Request that sought certain information regarding Agency orders under the GSA HTOS Program.  The Agency expects to complete an initial search before the parties' next filing deadline.  After any initial search is completed, Defendant will confer with Plaintiff about a processing schedule for any potentially responsive records and any other search or processing related issues that require further discussions between the parties.

Plaintiff is explicitly reserving the right to move forward with the litigation should the Agency fail to perform as stated within this Joint Status Report.

    **B.**    **Anticipated Number of Documents Responsive to Plaintiff's FOIA Request**

As Defendant's searches are still ongoing and not yet final, Defendant does not have any additional information available at this time about the number of records that may be deemed response to Plaintiff's two-part request.  Defendant will share that information with Plaintiff when it becomes available.

    **C.**    **Anticipated Date(s) for Release of the Documents Requested by Plaintiff**

As noted above, Defendant is targeting April 20, 2021, for the date of its first release. The parties will confer on a schedule for any further releases after the first production is completed and before the parties' next filing deadline.

D. **Whether a Motion for Stay Is Likely**

Defendant does not currently anticipate the need to move for an *Open America* stay.

E. **Whether the Parties Anticipate Summary Judgment Briefing and, If So, a Proposed Briefing Schedule.**

Because Defendant's searches and records processing are still ongoing, the parties do not know presently whether it will be necessary for the Court to set a briefing schedule. The parties will make reasonable attempts to resolve any potential disputes concerning the sufficiency of the Agency's searches, the sufficiency of its final response, or the grounds for any asserted withholdings, before resorting to the Court. At present, the parties propose to file another joint status report with an update on the status of the case and proposed schedule for any further proceedings on or before May 4, 2021. A proposed order is attached.

Dated: March 9, 2021

/s/ Myra A. Benjamin
Myra A. Benjamin, Esq.
DC Bar No. 888273331
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
(202) 274-1902
myra.benjamin@troutman.com

/s/ Gary E. English
Gary E. English, Esq.
Federal Bar No. 10092
MAERSK LINE, LIMITED
2510 Walmer Ave., Suite C
Norfolk, VA 23513

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:       /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar #996871
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*