UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAERSK LINE, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute Order dated May 4, 2021, to provide an update on the status of the processing and production of records responsive to Plaintiff's two-part FOIA request and propose a schedule for further proceedings.

    **A.**    **FOIA Request Part 1:  Foreign Flag Waivers**

Part 1 requests foreign flag waivers made pursuant to the GSA HTOS program.  As previously reported, the parties agreed that during the initial processing phase Defendant could limit the scope of the request to records created between January 1, 2018, and May 15, 2019. Defendant issued an initial production as scheduled on April 20, 2021, that included 298 pages of responsive records.  That parties agreed that Defendant will issue its next production on June 1, 2021, and every six weeks thereafter, until the processing is completed.  After the next interim production is completed, Defendant will provide Plaintiff an update via email that includes a summary of the volume of material that is left to review from the initial processing phase.

B.  **FOIA Request Part 2: Certain Information Regarding the Agency's Orders under the GSA HTOS Program**

Defendant has not yet completed a search for records responsive to Part 2 of the Request that sought certain information regarding Agency orders under the GSA HTOS Program. After any initial search is completed, Defendant will confer with Plaintiff about a processing schedule for any potentially responsive records and any other search or processing related issues that require further discussions between the parties.

C.  **The Parties' Joint Scheduling Proposal**

In light of the foregoing, the parties jointly propose to file another joint status report with the Court on or before July 1, 2021, that includes another update on the status of Defendant's outstanding search for Part 2 and the status of its productions of records responsive to Part 1 of the FOIA request, and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated: May 4, 2021 | Respectfully submitted, |
| /s/ Myra A. Benjamin | CHANNING D. PHILLIPS |
| Myra A. Benjamin, Esq. | D.C. Bar #415793 |
| DC Bar No. 888273331 | Acting United States Attorney |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | |
| 401 9th Street NW, Suite 1000 | BRIAN P. HUDAK |
| Washington, DC 20004 | Acting Chief, Civil Division |
| (202) 274-1902 | |
| myra.benjamin@troutman.com | By:     /s/ Daniel P. Schaefer |
| | DANIEL P. SCHAEFER |
| /s/ Gary E. English | D.C. Bar #996871 |
| Gary E. English, Esq. | Assistant United States Attorney |
| Federal Bar No. 10092 | 555 Fourth Street, NW |
| MAERSK LINE, LIMITED | Washington, DC 20530 |
| 2510 Walmer Ave., Suite C | (202) 252-2531 |
| Norfolk, VA  23513 | Daniel.Schaefer@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |