UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAERSK LINE, LIMITED,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 21-0125 (APM)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute Order dated May 4, 2021, to provide an update on the status of the processing and production of records responsive to Plaintiff's two-part FOIA request and propose a schedule for further proceedings.

    **A.**    **FOIA Request Part 1:  Foreign Flag Waivers**

Part 1 requests foreign flag waivers made pursuant to the GSA HTOS program.  As previously reported in the parties' last joint status report on May 4, the parties agreed that during the initial processing phase Defendant could limit the scope of the request to records created between January 1, 2018, and May 15, 2019.  The parties further agreed that Defendant would issue its next production on June 1, 2021, and every six weeks thereafter, until the processing is completed.  The parties further agreed that after Defendant completed the June 1 interim production, Defendant would provide Plaintiff an update that included a summary of the volume of material that is left to review from the initial processing phase.

Since the parties' last joint status report, Defendant issued another interim production for Part 1 as scheduled on June 1.  Defendant's next interim production is scheduled for July 13,

which is 6 weeks after the June 1 production. Based on the volume of responsive pages left to process and the speed in which the review is progressing currently, Defendant estimates that it will have about five productions left after the July 13 production (i.e., roughly 30 additional weeks of processing left). The review for this "initial processing phase" of responsive records generated between January 1, 2018, and May 15, 2019, is a time and labor intensive review that requires a manual page by page and line by line review of responsive records.

Defendant has located a responsive record for the earlier years (an Excel spreadsheet) that Plaintiff requested for 2013-2017 that can be processed more quickly than the records for 2018-2019. If Plaintiff prefers, Defendant can prioritize processing the Excel spreadsheet for the earlier years, before re-commencing review of the records for 2018-2019.

Defendant shared additional details about the processing for Part 1 via email through its counsel on July 1. Plaintiff will review and respond to Defendant's email to convey its preferences for the remainder of the review, including whether Defendant can narrow the scope of responsive records from the initial processing phase for the records from 2018-2019 to expedite the remainder of that part of the review.

  **B.**  **FOIA Request Part 2:  Certain Information Regarding the Agency's Orders under the GSA HTOS Program**

On July 1, Defendant conveyed a proposal to Plaintiff for processing records that could potentially resolve Part 2 of the Request, which sought certain information regarding Agency orders under the GSA HTOS Program. Plaintiff will review and respond to Defendant's proposal in the coming days to advise whether it is acceptable to Plaintiff.

**C.     The Parties' Joint Scheduling Proposal**

In light of the foregoing, the parties jointly propose to file another joint status report with the Court on or September 7, 2021, that includes another update on the status of Defendant's processing of records for Parts 1 and 2 and a proposed schedule for further proceedings.

Dated: July 1, 2021

/s/ Myra A. Benjamin
Myra A. Benjamin, Esq.
DC Bar No. 888273331
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
(202) 274-1902
myra.benjamin@troutman.com

/s/ Gary E. English
Gary E. English, Esq.
Federal Bar No. 10092
MAERSK LINE, LIMITED
2510 Walmer Ave., Suite C
Norfolk, VA  23513

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar #996871
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*