UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAERSK LINE, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute Order dated July 2, 2021, to provide an update on the status of the processing and production of records responsive to Plaintiff's two-part FOIA request and propose a schedule for further proceedings.

**A.     FOIA Request Part 1:  Foreign Flag Waivers**

Part 1 requests foreign flag waivers made pursuant to the GSA HTOS program.  As previously reported in the parties' last joint status report on July 1, the parties agreed that during the initial processing phase Defendant could limit the scope of the request to records created between January 1, 2018, and May 15, 2019.  The parties further agreed on a rolling production timeline.

Since the parties' last joint status report, Defendant issued additional interim productions for Part 1 on July 13 and August 24.  Defendant's next interim production is scheduled for October 5, which is 6 weeks after the August 24 production.  Based on the volume of responsive pages left to process and the speed in which the review is progressing currently, Defendant estimates that it will have about three productions left after the October 5 production (i.e.,

roughly 18 additional weeks of processing left).  The review for this "initial processing phase" of responsive records generated between January 1, 2018, and May 15, 2019, is a time and labor intensive review that requires a manual page by page and line by line review of responsive records.

Since the last joint status report, the parties have conferred regarding records covering the earlier years for the data requested by Plaintiff.  Defendant will produce these records in one of the upcoming productions.

**B.     FOIA Request Part 2:  Certain Information Regarding the Agency's Orders under the GSA HTOS Program**

On July 1, Defendant conveyed a proposal to Plaintiff for processing records that could potentially resolve Part 2 of the Request, which sought certain information regarding Agency orders under the GSA HTOS Program.  Plaintiff agreed to Defendant's proposal and Defendant is working to produce these records in an upcoming production as well.

**C.     The Parties' Joint Scheduling Proposal**

In light of the foregoing, the parties jointly propose to file another joint status report with the Court on or before December 6, 2021, that includes another update on the status of Defendant's processing of records for Parts 1 and 2 and a proposed schedule for further proceedings.

Dated: September 7, 2021

 /s/ S. Mohsin Reza
S. Mohsin Reza, Esq.
DC Bar No. 985270
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
(202) 274-1927
mohsin.reza@troutman.com

 /s/ Gary E. English
Gary E. English, Esq.
Federal Bar No. 10092
MAERSK LINE, LIMITED
2510 Walmer Ave., Suite C
Norfolk, VA  23513

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____*/s/ Daniel P. Schaefer*_____
 DANIEL P. SCHAEFER
 D.C. Bar #996871
 Assistant United States Attorney
 555 Fourth Street, NW
 Washington, DC 20530
 (202) 252-2531
 Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*