UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAERSK LINE, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute Order dated September 7, 2021, to provide an update on the status of the processing and production of records responsive to Plaintiff's two-part FOIA request and propose a schedule for further proceedings.

**A.    FOIA Request Part 1:  Foreign Flag Waivers**

Part 1 requests foreign flag waivers made pursuant to the GSA HTOS program.  As previously reported in the parties' last joint status report on July 1, the parties agreed that during the initial processing phase Defendant could limit the scope of the request to records created between January 1, 2018, and May 15, 2019.  The parties further agreed on a rolling production timeline.

Since the parties' last joint status report, Defendant issued additional interim productions for Part 1 on October 5 and November 16.  Defendant's next interim production is scheduled for December 28, which is 6 weeks after the November 16 production.  Based on the volume of responsive pages left to process and the speed in which the review is progressing currently, Department estimates that it will complete its final production by February 8, 2022.

Since the last joint status report, the parties have conferred regarding records covering the earlier years for the data requested by Plaintiff.  Defendant will produce these records in one of the upcoming productions.

### B. FOIA Request Part 2:  Certain Information Regarding the Agency's Orders under the GSA HTOS Program

On July 1, Defendant conveyed a proposal to Plaintiff for processing records that could potentially resolve Part 2 of the Request, which sought certain information regarding Agency orders under the GSA HTOS Program.  Plaintiff agreed to Defendant's proposal and Defendant is working to produce these records in an upcoming production as well.

### C. The Parties' Joint Scheduling Proposal

In light of the foregoing, the parties jointly propose to file another joint status report with the Court on or before February 15, 2022, that includes another update on the status of Defendant's processing of records for Parts 1 and 2 and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated: December 6, 2021 | Respectfully submitted, |
| /s/ S. Mohsin Reza<br>S. Mohsin Reza, Esq.<br>DC Bar No. 985270<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>401 9th Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 274-1927<br>mohsin.reza@troutman.com | MATTHEW M. GRAVES<br>D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| /s/ Gary E. English<br>Gary E. English, Esq.<br>Federal Bar No. 10092<br>MAERSK LINE, LIMITED<br>2510 Walmer Ave., Suite C<br>Norfolk, VA  23513 | By:      /s/ Daniel P. Schaefer<br>DANIEL P. SCHAEFER<br>D.C. Bar #996871<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |