UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAERSK LINE, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATUS REPORT**

Defendant respectfully submits this status report in response to the Court's Minute Order dated December 7, 2021, to provide an update on the status of the processing and production of records responsive to Plaintiff's two-part FOIA request and propose a schedule for further proceedings. Defendant provided a draft Joint Status Report to Plaintiff on February 14, 2022, at 4:25 PM. Plaintiff inquired on February 11, 14, and 15 whether Defendant would agree to conduct a supplemental search for additional records that post-date and which were not included within the temporal scope of the FOIA request at issue in this action. Defendant replied on February 14 at 4:25 PM and again at 12:17 PM today that this was not required and that it would not be conducting the additional requested search in response to Plaintiff's FOIA request. Rather, Plaintiff would need to submit a new FOIA request for those records. As of the last communication that Defendant received from Plaintiff at 11:50 AM today, Plaintiff stated that it was unable to sign off on the draft Joint Status Report. As of this filing at about 8:20 PM, Defendant has not received any further response from Plaintiff that indicates whether Plaintiff consents to this as a joint filing, or whether Plaintiff wished to include its own separate position statement or alternative proposed schedule. Defendant attempted to follow up one last time at

7:50 PM this evening but did not receive a reply from Plaintiff. Because Defendant received insufficient information from Plaintiff to submit this as a joint filing, Defendant has converted this to a Status Report on behalf of Defendant only. The information that appears below is the same information that Defendant provided in the draft Joint Status Report that Defendant sent to Plaintiff on February 14.[1]

### A. FOIA Request Part 1: Foreign Flag Waivers

Part 1 requests foreign flag waivers made pursuant to the GSA HTOS program. As previously reported, the parties agreed that during the initial processing phase Defendant could limit the scope of the request to records created between January 1, 2018, and May 15, 2019. The parties further agreed on a rolling production timeline.

Since the parties' last joint status report, Defendant issued an additional interim production of responsive materials from this 2018-2019 time period on December 28, 2021. Defendant subsequently released a production on February 8, 2022, of responsive materials covering the period from 2013-2017. Defendant plans to issue an additional, and possibly final production on or before March 22, 2022, which will consist of records from between January 1, 2018, and May 15, 2019.

### B. FOIA Request Part 2: Certain Information Regarding the Agency's Orders under the GSA HTOS Program

On July 1, 2021, Defendant conveyed a proposal to Plaintiff for processing records that could potentially resolve Part 2 of the Request, which sought certain information regarding Agency orders under the GSA HTOS Program. Plaintiff agreed to Defendant's proposal and Defendant produced the responsive record as part of its December 2021 production.

---

[1] Defendant does not object if Plaintiff files a response to Defendant's Status Report, but in that event requests an opportunity to file a brief reply if Defendant deems it necessary.

**C.   Defendant's Scheduling Proposal**

In light of the foregoing, Defendant requests that the Court direct the parties to file another joint status report with the Court on or before April 15, 2022, that includes another update on the status of Defendant's processing of records for and a proposed schedule for further proceedings.

Dated: February 15, 2022          Respectfully submitted,

         MATTHEW M. GRAVES
         D.C. Bar. #481052
         United States Attorney

         BRIAN P. HUDAK
         Acting Chief, Civil Division

By:      */s/ Daniel P. Schaefer*
         DANIEL P. SCHAEFER
         D.C. Bar #996871
         Assistant United States Attorney
         555 Fourth Street, NW
         Washington, DC 20530
         (202) 252-2531
         Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*