UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAERSK LINE, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the Court's Minute

Order dated February 18, 2022, to provide an update on the status of the records processing in

this matter.  Defendant U.S. Department of State issued a final production and proposed final

response to Plaintiff's FOIA request that is the subject of this litigation on March 22, 2022.  The

parties require additional time to confer to determine whether there remain any open issues with

the sufficiency of Defendant's proposed final response.  The parties propose to file an additional

Joint Status Report on or before May 16, 2022, that identifies any issues still in dispute, and that

proposes a schedule for any further proceedings.  A proposed order is attached.

Dated: April 14, 2022

Respectfully submitted,

_/s/ S. Mohsin Reza_
S. Mohsin Reza, Esq.
DC Bar No. 985270
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
(202) 274-1927
mohsin.reza@troutman.com

_/s/ Gary E. English_
Gary E. English, Esq.
Federal Bar No. 10092
MAERSK LINE, LIMITED
2510 Walmer Ave., Suite C
Norfolk, VA 23513

_Counsel for Plaintiff_

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____ _/s/ Daniel P. Schaefer_ _____
DANIEL P. SCHAEFER
D.C. Bar #996871
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

_Counsel for Defendant_

2