UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAERSK LINE, LIMITED** | * |
| *Plaintiff*, | * |
| v. | * |
| **U.S. DEPARTMENT OF STATE** | *   Case No. 1:21-cv-00125 (APM) |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO AMEND/SUPPLEMENT THE COMPLAINT**

Plaintiff, Maersk Line, Limited ("Maersk"), by counsel and pursuant to Fed. R. Civ. P. 15 and this Court's Order of May 17, 2022, moves to amend/supplement its Complaint. The grounds for its request are stated in the accompanying Memorandum in Support of Motion to Amend/Supplement the Complaint. Pursuant to LCrR 47(g) and LCvR 15.1, a copy of the proposed Amended Complaint is attached as an exhibit to the Memorandum.

WHEREFORE, Plaintiff, Maersk Line, Limited, respectfully requests that the Court grant its Motion to Amend/Supplement the Complaint, deem the Amended Complaint filed and served, and grant all other just and equitable relief.

Respectfully submitted,

/s/ S. Mohsin Reza
S. Mohsin Reza, DC Bar No. 985270
TROUTMAN PEPPER
HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: 202-274-1927
Fax: 703-448-6510
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May, 2022, I filed a copy of the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered users listed below.

Daniel Patrick Schaefer, Esq.
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Fax: (202) 252-2599
Email: Daniel.Schaefer@usdoj.gov

/s/ S. Mohsin Reza
S. Mohsin Reza, DC Bar No. 985270
TROUTMAN PEPPER
HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel:  202-274-1927
Fax:  703-448-6510
*Counsel for Plaintiff*