# EXHIBIT A

# Reza, Syed Mohsin

| | |
|---|---|
| **From:** | Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov> |
| **Sent:** | Monday, February 14, 2022 4:25 PM |
| **To:** | English, Gary |
| **Cc:** | Barton, Kristen; Cole, Geoffry; Reza, Syed Mohsin; Financial Services Litigation ECF Intake; Diamond, Natalya; Zubrow, Michael |
| **Subject:** | RE: FOIA Production: Maersk 21-125 |
| **Attachments:** | Maersk - JSR (v1) (02-14-22).docx |

**EXTERNAL SENDER**

Gary,

State is not required and will not be conducting an additional search for records that post-date and which were not included within the temporal scope of the request.  MLL would need to submit a new request for those records.

Here is a draft JSR for tomorrow.

Dan

Daniel P. Schaefer
202-252-2531

**From:** English, Gary <GEnglish@mllnet.com>
**Sent:** Friday, February 11, 2022 3:06 PM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Barton, Kristen <KBarton@mllnet.com>; Cole, Geoffry <gcole@mllnet.com>; mohsin.reza@troutman.com; fslecfintake@troutmansanders.com; natalya.diamond@troutmansanders.com; Zubrow, Michael <ZubrowM@state.gov>
**Subject:** [EXTERNAL] RE: FOIA Production: Maersk 21-125


Dan,

MLL has received the latest production.  Thank you.

After reviewing the documents present to date, they are stale.  MLL needs the documents post May 15, 2019.  The priority should be 2020, 2021 and through the end of February 2022.

Can State provide these documents?

Gary E. English
Maersk Line, Limited
U.S. Marine Management Inc.
Associate General Counsel -
Maritime Law
2510 Walmer Ave Suite C
Norfolk, VA 23513
Cell (757) 355-0282