# EXHIBIT B


**MAERSK
LINE, LIMITED**

Maersk Line, Limited
2510 Walmer Ave, Suite C
Norfolk, VA 23513

Phone: 757-531-7837
Phone: 757-663-9929
Fax:   757-622-2512

maersklinelimited.com

February 18, 2022

FOIA Officer
Office of General Counsel
Office of Inspector Counsel
U.S. Department of State
1700 North Moore Street
Suite 1400
Arlington, VA  22209

Director of the Office of Information Programs and Services (IPS)
Office of Information Programs and Services
A/GIS/IPS/RL
U. S. Department of State
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000

**BY EMAIL AND MAIL**

Re: Request for Records Under the Freedom of Information Act

To Whom It May Concern:

This is a request for information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

On May 15, 2019, Maersk Line Limited (MLL) sent a FOIA request to the U.S. State Department, identified as Department of State Response Letter Tracking Number F-2019-08910 **(Attachment 1)**. The FOIA request primarily concerned two types of related documentation: (1) an "Application for Determination of Non-US Flag Availability (DNA)" and (2) the corresponding answer (either a "Determination of Non-US Flag Availability (DNA)" or an application denial), with respect to foreign flag waivers pursuant to the General Services Administration, Household Goods Tender of Service (GSA HTOS) Program.

Due to MLL's inability to obtain responsive documents within the prescribed timelines established by FOIA, MLL filed suit in the U.S. District Court for the District of Columbia on January 14, 2021 (Civ. A. No. 21-0125 (APM)). Pursuant to a Joint Status Report filed with the court on July 1, 2021, MLL and Defendant agreed to limit the scope of the production in the "initial processing phase" to records created between January 1, 2018 and May 15, 2019. The parties also agreed to a "rolling production timeline" which allowed the Defendant to produce documents on a periodic basis, with the final production in the "initial processing phase" occurring February 2022.

As a result of the delay in obtaining documentation, MLL is now filing a separate FOIA to obtain the above identified documentation, for records created after May 15, 2019. Specifically, MLL requests the following:



*All records created between May 15, 2019 and February 18, 2022 consisting of the following: "Application for Determination of Non-US Flag Availability (DNA)" and the corresponding agency response to such application (whether a "Determination of Non-US Flag Availability (DNA)" or denial) with respect to foreign flag waivers pursuant to the GSA HTOS Program.*

Examples of each of these documents are set out at **Attachment 1-A** (Application for Determination of Non-US Flag Availability (DNA)) and **Attachment 2** (Determination of Non-US Flag Availability (DNA) – 2 pages).

I request that you produce responsive documents in their entirety. In the event that you determine that a document contains material or information that falls within a statutory exemption to mandatory disclosure, please review such material or information for possible discretionary disclosure. Similarly, in the event that you determine that a document contains material or information that falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of such documents in accordance with the provisions of 5 U.S.C. § 552(b).

If you determine that any documents responsive to this request (or any portion thereof) will be withheld under a claim of authority pursuant to 5 U.S.C. § 552(b), please provide prompt written confirmation of such fact. In the event your agency determines that it has no documents responsive to this request (or any portion thereof), please provide prompt written confirmation of that fact.

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and am seeking information for use in the company's business. I agree to pay the reasonable and direct costs of locating and reproducing the requested documents to the extent required by 5 U.S.C. § 552(a)(4)(A). Please advise me in advance if you expect such costs to exceed $1,000.00.

Should you have any questions concerning this request or require additional information, please contact my assistant Kristen Barton at (757) 852-2206 or kbarton@mllnet.com.

Sincerely,

Patrick McCaffery
General Counsel
Maersk Line, Limited

Attachments: As stated


**MAERSK
LINE, LIMITED**

Maersk Line, Limited
2510 Walmer Ave, Suite C
Norfolk, VA 23513

Phone: 757-531-7837
Phone: 757-663-9929
Fax:   757-622-2512

maersklinelimited.com

May 15, 2019

FOIA Officer
Office of General Counsel
Office of Inspector Counsel
U.S. Department of State
1700 North Moore Street
Suite 1400
Arlington, VA  22209

**BY EMAIL AND MAIL**

Re: Request for Records Under the Freedom of Information Act

To Whom It May Concern:

This is a request for information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

On January 29, 2019, Maersk Line Limited (MLL) sent a FOIA request to the U.S. General Services Administration (see attached). In the response, GSA responded [in relevant part]:

> "GSA does not have visibility into the bills of ladings executed by other agencies that use the Centralized Household Goods Traffic Management program pertaining to this request. Other agencies, as defined at 46CFR 381.2, have responsibility to submit plans to manage approvals to Department of Transportation's [sic] Maritime Administration (MARAD) or to seek MARAD approval to use foreign flag vessels when US flag vessel transport is unavailable or impractical."

Consistent with GSA's response, I request the following records in the custody, possession or control of the agency pertaining to orders by the agency under the U.S. General Services Administration, Household Goods Tender of Service (GSA HTOS), to include all editions active from January 25, 2013 until the current date (with the current GSA HTOS published on August 23, 2018 and effective as of November 1, 2018):

1. All requests for a foreign flag waivers pursuant to the GSA HTOS Program (to include a copy of each submitted "Justification Certificate for Use of Foreign Flag Vessel" (whether such foreign flag vessel was authorized or not));

2. To the extent available in agency records, the following information regarding the orders by the agency under the GSA HTOS Program:


**MAERSK LINE, LIMITED**

a) Total shipments by region under this program;
b) Total shipments by year under this program, and
c) Identification of the agency's Records Custodian(s) (to include title, contact information and location) for this program.

I request that you produce responsive documents in their entirety. In the event that you determine that a document contains material or information that falls within a statutory exemption to mandatory disclosure, please review such material or information for possible discretionary disclosure. Similarly, in the event that you determine that a document contains material or information that falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of such documents in accordance with the provisions of 5 U.S.C. § 552(b).

If you determine that any documents responsive to this request (or any portion thereof) will be withheld under a claim of authority pursuant to 5 U.S.C. § 552(b), please provide prompt written confirmation of such fact. In the event your agency determines that it has no documents responsive to this request (or any portion thereof), please provide prompt written confirmation of that fact.

With regard to documents your agency intends to withhold, please provide prompt notice to that effect, and include in such notice a complete identification of the withheld documents (or portions thereof) by title, author, date, nature of such material and a through explanation of the legal and factual basis for the determination to deny disclosure. Finally, in responding to this letter, please adhere to the time limitations set forth at 5 U.S.C. § 552(a)(6)(A).

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and am seeking information for use in the company's business. I agree to pay the reasonable and direct costs of locating and reproducing the requested documents to the extent required by 5 U.S.C. § 552(a)(4)(A). Please advise me in advance if you expect such costs to exceed $1,000.00.

Should you have any questions concerning this request or require additional information, please contact my assistant Kristen Barton at (757) 852-2206 or kbarton@mllnet.com.

Sincerely,

Patrick McCaffery
General Counsel
Maersk Line, Limited

Attachments: As stated

## *Application for Determination of Non-US Flag Availability (DNA)*

| *Shipment Number* | *Customer Name* | *Company* | *Pack Date* |
|---|---|---|---|
| DC18710538 | (b)(6) | AIFD | 2/14/2018 |

| *Departure Airport/Port* | *Airline/Vessel:* | *Arrival Airport/Port* |
|---|---|---|
| MIA | HANSA AUGSBURG/66 S | KIN |

| *Departure Date* | *Arrival Date* | *RDD* |
|---|---|---|
| 2/23/2018 | 2/26/2018 | 3/31/2018 |

*Internal Comments:*

No USF vessel found. Approve.

Att. 1-A



## *Determination of Non-US Flag Availability (DNA)*

*This determination of non-US flag availability provides a ruling on the use of foreign flag services to transport shipments due to reasons stated below.*

| *Shipment Number* | *Customer Name* | *Company* | *Pack Date* |
|---|---|---|---|
| DC18710538 | (b)(6) | AIFD | 2/14/2018 |

| *Departure Airport/Port* | *Airline/Vessel:* | *Arrival Airport/Port* |
|---|---|---|
| MIA | HANSA AUGSBURG/66 S | KIN |

| *Departure Date* | *Arrival Date* | *RDD* | *Approved* | *Denied* |
|---|---|---|---|---|
| 2/23/2018 | 2/26/2018 | 3/31/2018 | ✔ | ☐ |

*Comments:*
NO USF AVAIL

*eSignature:* (b)(6)
*DateSigned:* 2/16/2018 2:09:09 PM

Att. 2-Pg 1

*"A legible copy of the rated on-board ocean bill of lading must be submitted to Maritime Administration (MARAD) within 20 working days of the date of loading for shipments originating in the US or within 30 working days for shipments originating outside the US. A copy of this letter should be attached to the bill of lading for identification purposes. Failure to comply may result in penalties.*

*We wish to call to your attention that, pursuant to Section 408 of the Coast Guard Authorization Act of 1998, Pub.2 L. 105-383 (46 U.S.C. § 2302 (e)) substandard vessels are disqualified from the carriage of preference cargoes. The use of a disqualified vessel will result in the revocation of this Determination of Non-Availability (DNA). A list of vessels and owners who are ineligible to carry government cargoes can be found at: http://www.uscg.mil. Use "impelled cargo" as a key word search.*

*Additionally, the use of a foreign flag vessel under this DNA of US flag service is authorized only to the extent that it is not in violation of US economic and trade sanctions programs administered and enforced by the Office of Foreign Assets Control (OFAC). Parties to this determination of non-availability of US flag service may not engage in any activity with a person or entity appearing on OFAC's List of Specially Designated Nationals and Blocked Persons, which also includes certain foreign flag carriers, a list of which is available at: http://www.treas.gov/offices/enforcement/ofac/sdn/index.shtml.*

*Parties to this determination of non-availability may not undertake any action in violation of 31 C.F.R. Parts 500-598. Information regarding OFAC's sanctions programs may be obtained at: http://www.treas.gov/offices/enforcement/ofac/programs/index.shtml.*

*Compliance questions may be further addressed by contacting the OFAC Hotline at (800) 540-6322. Lastly, the use of a foreign flag vessel under this DNA is authorized only to the extent that the vessel meets all US Government rules, regulations and requirements.*

*Should a suitable US flag service become available, US flag service must be used. Should there be any changes in any of the above information please advise this office immediately as any changes may affect the status of this determination of non-availability.*

*This determination of non-availability is valid for a period not to exceed 30 days from the load date. US flag availability must be reassessed before reapplying."*

*References:*
*The Merchant Marine Act of 1936 (46 U.S.C. 55302 and 46 U.S.C. 55303)*
*The Cargo Preference Act of 1954 (46 USC 55305)*
*Preference for Privately Owned U.S.-Flag Commercial Vessels (FAR 52.247-64)*
*Ocean Transportation by U.S.-Flag Vessels (48 CFR Subpart 47.5)*
*Cargo Preference - U.S.-Flag Vessels (46 CFR Part 381)*
*Overview of Civilian Agencies and Cargo Preference. Maritime Administration website*

*This DNA request was adjudicated based on the guidelines of the Tender of Service/Contract that governs the shipment IAW Maritime Administration (MARAD) United States-Flag (U.S.-Flag) vessel requirements. Approval does not allow for an increase in filed rates. If you have any questions or require any futher follow up, please contact our office and send all documentation to TTMCONTRACTS@STATE.GOV.*

Att. R - 042