### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAERSK LINE, LIMITED** | * | |
| *Plaintiff*, | * | |
| v. | * | |
| **U.S. DEPARTMENT OF STATE** | * | Case No. 1:21-cv-00125 (APM) |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter came before the Court on the Motion to Amend/Supplement the Complaint filed by Plaintiff, Maersk Line, Limited. Upon consideration of the Motion to Amend/Supplement the Complaint and the memoranda filed herein, it is hereby

**ORDERED** that the Motion to Amend/Supplement the Complaint is hereby **GRANTED**; and it is further

**ORDERED** that the Amended Complaint is deemed filed and served as of the date of this Order.

Entered this _____ day of _____.

_____
Judge Amit P. Mehta
Judge, United States District Court