UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAERSK LINE, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 21-0125 (APM)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's Order dated November 30, 2022.

The Department of State ("State") has completed a search and located approximately 8,940 pages of responsive records. State produced 1,899 responsive pages on December 22, 2022 and 1,889 responsive pages on January 23, 2023. State has completed processing of the request.

The parties propose to file an additional joint status report on March 17, 2023, to propose a schedule for any further proceedings. A proposed order is attached.

Dated: February 14, 2023

 */s/ Randy C. Sparks, Jr.*
Randy C. Sparks, Jr. (DC Bar No. 1008721)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23129
T:  (804) 771-5700
F:  (888) 360-9092
rcsparks@kaufcan.com

John E. Holloway (VSB No. 28145)
(*pro hac vice*)
Ryan T. Gibson (DC Bar No. 1028630)
(*pro hac vice*)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
T:  (757) 624-3000
F:  (888) 360-9092
jeholloway@kaufcan.com
rtgibson@kaufcan.com

Gary E. English, Esq.
Federal Bar No. 10092
MAERSK LINE, LIMITED
2510 Walmer Ave., Suite C
Norfolk, VA  23513

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Dedra S. Curteman*
     DEDRA S. CURTEMAN
     IL Bar #6279766
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2550
     dedra.curteman@usdoj.gov

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAERSK LINE, LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 21-0125 (APM) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

### **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and the entire record herein, it is hereby ORDERED that the Parties shall file a joint status report apprising the Court as to the status of productions and any joint proposal for further scheduling on or before March 17, 2023.

SO ORDERED.

Date:

AMIT P. MEHTA
United States District Court Judge