UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAERSK LINE, LIMITED, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 21-0125 (APM) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's Order dated March 19, 2023.

The Department of State ("State") has completed processing of Plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff has indicated that it intends to seek fees in this case and has made a proposal for resolution of that issue. On April 10, 2023, Plaintiff forwarded additional information Defendant requested in order to reach resolution on Plaintiff's request for fees, which is the only remaining issue in this matter.

Given the outstanding issue of Plaintiff's request for fees, the parties propose to file an additional joint status report on May 17, 2023, to propose a schedule for any further proceedings. A proposed order is attached.

Dated:  April 17, 2023

 */s/ Randy C. Sparks, Jr.*
Randy C. Sparks, Jr. (DC Bar No. 1008721)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23129
T:  (804) 771-5700
F:  (888) 360-9092
rcsparks@kaufcan.com

John E. Holloway (VSB No. 28145)
(*pro hac vice*)
Ryan T. Gibson (DC Bar No. 1028630)
(*pro hac vice*)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
T:  (757) 624-3000
F:  (888) 360-9092
jeholloway@kaufcan.com
rtgibson@kaufcan.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Dedra S. Curteman*
   DEDRA S. CURTEMAN
   IL Bar #6279766
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2550
   dedra.curteman@usdoj.gov

*Counsel for Defendant*